**WAZIRY, ISMAEL MOHAM**
PDID: 0579467
Lockup Nbr: 4

UNITED STATES vs

DOB:
CR: 149995

| | |
|---|---|
| Court File Date | NOV 11 2005 |
| LOCK UP | L-4 |

PDID _____
DOB _____
CCR _____

☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____

**DEFENSE COUNSEL**   ☐ PRO SE
CODE  S C A R   DATE WITHDRAWN
1. Oyibe  444-490  ☐☐☐☐ _____
2. _____  ☐☐☐☐ _____

**PROSECUTOR**
1. _____
2. _____

CODE _____

**ASSIGNED TO JUDGE** _____
Cal. Number _____

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination  ☐ Made  ☐ Waived

PLEA: ☐ Not Guilty   ☐ Guilty, JUDGMENT Guilty
Count(s) _____

**FILED NOV 14 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| CONTINUED DATE | BOND CONDITIONS |
|---|---|
| PREL. HEARING | BOND AMOUNT $ NO BOND |
| STATUS HEARING | ☐ CASH ___ %  ☐ SURETY |
| JURY TRIAL | ☐ PERSONAL RECOGNIZANCE |
| NON-JURY | ☐ Third Party Custodian |
| | ☐ Contribution Ordered |

☐ Defendant Advised of Penalties for Failure to Appear.

C 11-14-05 DIST. COURT @ 1:45pm
Crm 4 BEFORE J/KAY

Count(s) _____ Nolle Prosequi  Prosecutor: _____

COURT REPORTER _____  TAPE ☐ C10  CLERK M  JUDGE/COMM. JACKSON

☒ NEW COMMITMENT   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY

| DISPOSED | PENDING |
|---|---|
| CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others |

A  11.11.05  pmg  Updated

**PROBATION**
☐ 163 FILED

Diversion  Date Admitted _____

Superior Court of the District of Columbia
CRIMINAL DIVISION
SPECIAL PROCEEDINGS

DATE: _____
**FINAL DISPOSITION ONLY**

Count(s) _____ Nolle Prosequi  Prosecutor: _____
COURT REPORTER _____  TAPE ☐   CLERK _____   JUDGE/COMM. _____
☐ NEW COMMITMENT EXECUTED   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED
All Counts Closed   DISPOSED   Updated By _____

**SP 3142 '05**