AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

ISMAEL M. WAZIRY

**WARRANT FOR ARREST**

CASE NUMBER: 05-0598M-01

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ISMAEL M. WAZIRY___
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

**FILED**

**NOV 14 2005**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

in violation of Title __18__ United States Code, Section(s) __§ 371__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature: Alan Kay]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 09 2005       District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

| | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | USMS 333 Constitution Ave NW Washington DC 20001 |
| DATE RECEIVED 11/09/05 | NAME AND TITLE OF ARRESTING OFFICER Reporting Fitzgerald, Derrak | SIGNATURE OF ARRESTING OFFICER Reporting [signature] |
| DATE OF ARREST 11/14/05 | | |